**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| XTERA COMMUNICATIONS, INC., | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No. 4:11-CV-123 |
| TELECORE SYSTEM CO., LTD., | § § § | (Judge Clark/Judge Mazzant) |
| *Defendant*. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 26, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Final Default Judgment Against Telecore System Co., Ltd. [Doc. #16] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Final Default Judgment Against Telecore System Co., Ltd. [Doc. #16] is **GRANTED.**

It is further **ORDERED** that:

1. Judgment by default is entered in favor of Plaintiff and against Defendant, Telecore System Co., Ltd.

     2.  Plaintiff shall recover from Defendant the sum of $1,899,653.52 constituting actual damages.

     3.  Plaintiff is entitled to all writs and process necessary to enforce this judgment.

     4.  The court hereby awards Plaintiff court costs.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

     So **ORDERED** and **SIGNED** this **3**   day of **July, 2013.**

_____
Ron Clark, United States District Judge